UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER A. JONES, | ) | 3:03-cv-00276-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| BILL BOOK, et al., | ) | |
| Defendants. | ) | |

Before the court is plaintiff's Motion for Transcripts at Governments [sic] Expense per 28 U.S.C. § 753(F) (#218) and Order of the United States Court of Appeals for the Ninth Circuit (#219).

Pursuant to 28 U.S.C. § 753(f), fees for transcripts for litigants proceeding *in forma pauperis* shall be paid by the United States if the District Court certifies that the appeal is taken in good faith. This court has certified this appeal is NOT taken in good faith. *See* #215. Accordingly, the motion for transcripts (#218) is **DENIED**.

The Court of Appeals has ordered that the appeal taken in this case be held in abeyance pending the resolution of the motion filed by Jones on October 25, 2006. This court ruled on that motion on

1

December 13, 2006.  *See* # 216.  The clerk shall forward a copy of the order (#216) to the Court of Appeals.

**IT IS SO ORDERED**

DATED: This 20th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

2